# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) NO. 98-cr-40004-JPG |
| **CHARLES BRUCE THOMAS,** | ) ) ) |
| **Defendant.** | ) |

### ORDER

Defendant Charles Bruce Thomas ("Thomas") filed a habeas corpus petition pursuant to 28 U.S.C. § 2241. *See Thomas v. Hulick*, Case No. 08-cv-129-MJR (S.D. Ill., filed Feb. 25, 2008). That petition contains a request for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2), based upon recent changes to the Sentencing Guidelines regarding penalty ranges for crack cocaine. Because such relief is not available in his § 2241 action, the Court **DIRECTS** the Clerk of Court to enter Administrative Order 102 in this case, which appoints the Federal Public Defender to represent Thomas in his criminal case only for the purpose of seeking a sentence reduction under § 3582(c)(2).

**IT IS SO ORDERED.**

**Dated: September 30, 2008**

                                                               s/ J. Phil Gilbert
                                                               **U. S. District Judge**