# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 98-cr-40004-JPG |
| v. ) | |
| ) | |
| CHARLES BRUCE THOMAS, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Charles Bruce Thomas's motion for leave to proceed on appeal *in forma pauperis* (Doc. 124). A federal court may permit a party to proceed on appeal without full pre-payment of fees provided the party is indigent and the appeal is taken in good faith. 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3). A frivolous appeal cannot be made in good faith. *Lee v. Clinton*, 209 F.3d 1025, 1026-27 (7th Cir. 2000). The test for determining if an appeal is in good faith or not frivolous is whether any of the legal points are reasonably arguable on their merits. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (citing *Anders v. California*, 386 U.S. 738 (1967)); *Walker v. O'Brien*, 216 F.3d 626, 632 (7th Cir. 2000).

Thomas's appeal is frivolous and not taken in good faith. Thomas's Rule 60(b) motion was a successive § 2255 motion, and it is beyond question that this Court does not have jurisdiction to entertain a successive § 2255 motion absent certification from the Seventh Circuit Court of Appeals pursuant to § 2255, ¶ 8. Therefore, dismissal of his successive § 2255 motion for lack of jurisdiction was correct. *See Nunez v. United States*, 96 F.3d 990, 991 (7th Cir. 1996). He cannot present any legal points that are reasonably arguable on their merits. Accordingly, the Court **DENIES** Thomas's motion for leave to proceed *in forma pauperis* (Doc.

124) and **CERTIFIES** that this appeal is not taken in good faith.

**IT IS SO ORDERED.**
**Dated: March 16, 2009**

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**