UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES BRUCE THOMAS,<br><br>　　　　Defendant. | Case No. 98-cr-40004-JPG |

## MEMORANDUM AND ORDER

In light of the Court's judgment in *Thomas v. United States*, Case No. 16-cv-744-JPG, vacating the judgment in this case (Doc. 92), the Court:

- **ORDERS** that pursuant to 18 U.S.C. § 3143(a), upon execution of a writ of *habeas corpus ad prosequendum* or **completion of Thomas's state sentence of imprisonment**, the defendant shall be **COMMITTED** to the custody of the United States Marshal for confinement in a corrections facility pending resentencing;

- **DIRECTS** that new counsel be appointed to represent Thomas in his resentencing pursuant to 18 U.S.C. § 3006A; and

- **DIRECTS** the Probation Office to revise Thomas's presentence investigation report to reflect (1) Thomas's sentencing guidelines calculation in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015), *Cross v. United States*, 892 F.3d 288 (7th Cir. 2018), and retroactive amendments to the sentencing guidelines since Thomas's original sentencing, (2) Thomas's post-conviction conduct, (3) updated recommended conditions of supervised release in light of recent caselaw regarding the imposition of conditions supervised release, and (4) any other factor the Probation Office deems relevant to the resentencing proceeding.

The Court will schedule Thomas's resentencing hearing by separate order after new counsel appears.

**IT IS SO ORDERED.**
**DATED:  May 27, 2020.**

　　　　　　　　　　　　　　　　　s/ J. Phil Gilbert
　　　　　　　　　　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**